No. 79–1727. DILLON v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 79–1729. McBRIDE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–1730. COUNTY OF SANTA BARBARA v. COLLINS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–1731. STURGIS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 79–1736. DARNEILLE ET AL. v. CARO. C. A. 2d Cir. Certiorari denied.

No. 79–1737. OGLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–1741. WILSON ET AL. v. OMAHA INDIAN TRIBE ET AL.;

No. 79–1744. RGP, INC., ET AL. v. OMAHA INDIAN TRIBE ET AL.; and

No. 79–1779. IOWA ET AL. v. OMAHA INDIAN TRIBE ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 614 F. 2d 1153.

No. 79–1742. AMERICAN STERILIZER Co. v. SYBRON CORP. ET AL.; and

No. 79–1916. SYBRON CORP. ET AL. v. AMERICAN STERILIZER Co. C. A. 3d Cir. Certiorari denied. Reported below: 614 F. 2d 890.

No. 79–1746. KILROY v. COSTLE, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 9th Cir. Certiorari denied.